

# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-25-00056-CV

### ANANIAS FREENEY, JR., Appellant

### V.

### EKRE OF TEXAS, LLC, Appellee

Today the Court dismissed for want of prosecution the appeal from the judgment signed by the court below on March 12, 2025. Accordingly, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ananias Freeney, Jr.

We further order this decision certified below for observance.

Judgment Rendered September 16, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.